# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133584

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CLEOPHAS HIRAM FRANKLIN,
        Defendant-Appellant.

SC: 133584
COA: 275348
Wayne CC: 05-001971-01

_____/

        On order of the Court, the application for leave to appeal the February 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        KELLY, J., would grant leave for the reasons stated in her dissenting statement in *People v Conway*, 474 Mich 1140 (2006).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

p0723

Clerk